# Exhibit C

Literature and Photographs of
ABH "LRF6600 Series Hospital Latches"

# Showcase of New Products

### ABH Manufacturing, Inc.
### Booth #418

**6800Q – Quiet Glide Hospital Latch**

6800Q – 6800 Quiet Glide Hospital Latch. Hospital latch that reduces noise production to a zero level. No metal on metal parts touching. Patents pending.



### ABH Manufacturing, Inc.
### Booth #418

**LR6600 – Custom Engraved Wide Paddle Hospital Latch**

Elliptical paddle hospital latch custom engraving. LR6000 –161 Prep – All backset available, LR6600 – ABH Mortise Lock, 32 functions, LR6700 – Trim for any manufacturer's mortise lock.



### ABH Manufacturing, Inc.
### Booth #418

**LRF6600 – Wide Paddle Hospital Latch – Flip Up Behavioral Health Application**

Paddle hospital latch with flip up option for behavioral health applications. LRF6000 – 161 Prep, LRF6600 – Mortise Lock Applications, LRF6700 – Trim for any manufacturer's mortise lock.



### Activar Construction Products Group
### Booth #1017

**Sound-Rated Access Panel for STC Walls – STC Series**

The first sound-rated access panel is available with an STC 47 rating. Meet STC acoustic isolation requirements for schools, federal buildings and Group R occupancies.



### Alarm Lock Systems, Inc.
### Booth #513

**Networx ArchiTech™ Series by Alarm Lock**

Networx ArchiTech™ offers 300+ architectural trims/finishes, with Alarm Lock's advanced, proven, keyless access-control locking platform, scalable from standalone to wirelessly networked to real-time enterprise integration.



### ABH Manufacturing, Inc.
### Booth #418

**6200FM – Flush Mount Hardware for Ligature-Resistant Applications**

Ligature-resistant door hardware that is ZERO PROJECTION from the face of the door. 6200FM – 161 Prep or mortise lock, single side or double sided.





